| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 3:01CR00098 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cleon Lydell King | Northern District Of Indiana | South Bend |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Robert L. Miller, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/1/2008 — TO 3/31/2011 |

OFFENSE
Controlled Sub-Sell,Distribute,Or Dispen

**08 CR 651**
**JUDGE MANNING MAGISTRATE JUDGE VALDEZ**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NORTHERN DISTRICT OF ILLINOIS _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____   _____
Date                                United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

F I L E D
8-13-08
AUG 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

8/13/08                         *James F. Holderman*
Effective Date                  United States District Judge