

**UNITED STATES DISTRICT COURT** FILED
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

August 19, 2008

2008 AUG 21 PM 12:52

312-435-5698

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

FILE COPY

Northern District Court of Indiana
102 Robert A. Grant Federal Bldg
 and United States Courthouse
204 South Main Street
South Bend, IN 46601

**Re: Cleon Lydel King your case number 01 CR 98**

Our Case Number:   08 CR 651

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Cleon Lydell King, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                              Sincerely,

                              Michael W. Dobbins
                              Clerk

              by:     /s/ Laura Springer
                            Deputy Clerk

Enclosure

FILED
8-28-08
AUG 2 8 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

CRACK, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
### CRIMINAL DOCKET FOR CASE #: 3:01-cr-00098-AS-1

Case title: USA v. King, et al
Other court case number: 08cr651 USDC Northern District of Illinois Eastern Divisio
Magistrate judge case number: 2:01-mj-01150

Date Filed: 11/15/2001
Date Terminated: 08/23/2002

Assigned to: Judge Allen Sharp

**Defendant (1)**

**Cleon King**
*TERMINATED: 08/23/2002*

represented by **H Jay Stevens - FCD**
Federal Community Defenders Inc - SB/IN
Northern District of Indiana
227 S Main St Suite 100
South Bend, IN 46601
574-245-7393
Fax: 574-245-7394
Email: jay_stevens@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**John Maksimovich**
1922 North Main Street
Crown Point, IN 46307
219-663-1900
Fax: 219-663-1908
Email: criminallaw@johnmaksimovich.com
*TERMINATED: 11/13/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mark A Psimos**
Mark A Psimos Attorney at Law
9219 Broadway
Merrillville, IN 46410
219-769-6969

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By_____
DEPUTY CLERK
Date 8/25/08

Fax: 219-769-3875  
Email: psimoslaw@airbaud.net  
*TERMINATED: 08/23/2002*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Robert D Truitt - FCD**  
Federal Community Defenders Inc - SB/IN  
Northern District of Indiana  
227 S Main St Suite 100  
South Bend, IN 46601  
574-245-7393  
Fax: 574-245-7394  
Email: bob_truitt@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841(a)(1) NARCOTICS - DISTRIBUTION of CRACK COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE; and 18:2 AIDING & ABETTING  
(1)

**Disposition**

108 months imprisonment, 3 years supervised release, $100 special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1) NARCOTICS - DISTRIBUTION of CRACK COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE; and 18:2 AIDING & ABETTING  
(2)

21:841(a)(1) NARCOTICS - DISTRIBUTION OF CRACK COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE; and 18:2 AIDING & ABETTING  
(3)

21:841(a) NARCOTICS - POSSESSION WITH INTENT TO

**Disposition**

Counts 2, 3 and 4 dismissed pursuant to plea agreement

Counts 2, 3 and 4 dismissed pursuant to plea agreement

| | |
|---|---|
| DISTRIBUTE CRACK COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE; and 18:2 AIDING & ABETTING<br>(4) | Counts 2, 3 and 4 dismissed pursuant to plea agreement |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Miscellaneous Party**

Shamona Rancifer                    represented by **Shamona Rancifer**
                                                     5009 Alexander # 2
                                                     East Chicago, IN 46312
                                                     219-397-7553
                                                     PRO SE

**Miscellaneous Party**

**James Corprue**                   represented by **James Corprue**
*TERMINATED: 03/01/2007*                             11389-035
                                                     United States Penitentiary
                                                     PO Box 1000
                                                     Marion, IL 62959
                                                     PRO SE

**Plaintiff**

**United States of America**        represented by **D Doug Petrovic - AUSA**
                                                     US Attorney's Office - Ham/IN
                                                     5400 Federal Plaza Suite 1500
                                                     Hammond, IN 46320
                                                     Email: USAINN.ECFCivil@usdoj.gov
                                                     *TERMINATED: 12/13/2002*
                                                     *LEAD ATTORNEY*

                                                     **Jennifer S Chang - AUSA**
                                                     US Attorney's Office - Ham/IN
                                                     5400 Federal Plaza Suite 1500
                                                     Hammond, IN 46320
                                                     219-937-5658
                                                     Fax: 219-852-2770
                                                     Email: jennifer.chang@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2001 | 1 | COMPLAINT against Cleon King, Shamona Rancifer filed by Marc Ferry DEA/HIDTA signed by Mag Judge Andrew P. Rodovich [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/01/2001 |   | ARREST Warrant issued for Cleon King by Mag Judge Andrew P. Rodovich (Orig fwd to USM/Hammond) [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/01/2001 | 2 | MOTION to seal case until arrest of dfts by USA as to Cleon King, Shamona Rancifer [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/01/2001 | 3 | ORDER by Mag Judge Andrew P. Rodovich granting motion to seal case until arrest of dfts [2-1] sealing case (cc: all counsel) [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/02/2001 |   | ARREST of defendant Cleon King on 11/2/01 [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/02/2001 | 4 | MINUTES: INITIAL APPEARANCE held 11/2/01 before Mag Judge Andrew P. Rodovich. initial appearance of Cleon King ; without counsel. Govt rep by Doug Petrovic, AUSA. Eric Johnston, PTS. Govt moves to Unseal Case. Granted. Dft Req Crt-appt cnsl. GRANTED. Govt moves for Detention. Granted. ; preliminary exam set for 8:30 11/7/01 ;Detention hearing set for 8:30 11/7/01 for Cleon King . Dft REMANDED. [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/02/2001 | 6 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney John Maksimovich for defendant Cleon King [ 2:01-m -1150 ] (jrh) (Entered: 11/02/2001) |
| 11/05/2001 | 8 | ARREST Warrant returned executed as to Cleon King on 11/2/01 [ 2:01-m -1150 ] (jrh) (Entered: 11/05/2001) |
| 11/07/2001 | 11 | MINUTES: SCHEDULED FOR DETENTION & PROBABLE CAUSE HEARING 11/7/01 before Mag Judge Andrew P. Rodovich. Dft Cleon King appears in person and by cnsl John Maksimovich. Govt rep by Doug Petrovic, AUSA. Eric Johnston, PTS. Parties Request continuance of hearing. Granted. ;preliminary exam set for 8:30 11/13/01 for Cleon King, before Mag Judge Andrew P. Rodovich ;detention hearing set for 8:30 11/13/01 for Cleon King before Mag Judge Andrew P. Rodovich . Dft REMANDED. [ 2:01-m -1150 ] (jrh) (Entered: 11/07/2001) |
| 11/07/2001 | 12 | ORDER by Mag Judge Andrew P. Rodovich granting motion to continue Detention & Probable Cause Hrg scheduled for 11/7/01 [10-1] ; preliminary exam set for 8:30 11/13/01 for Shamona Rancifer before Mag Judge Andrew P. Rodovich ; detention hearing set for 8:30 11/13/01 for Shamona Rancifer before Mag Judge Andrew P. Rodovich (cc: all counsel) [ 2:01-m -1150 ] (jrh) (Entered: 11/07/2001) |

| | | |
|---|---|---|
| 11/13/2001 | 13 | MINUTES: DETENTION & PROBABLE CAUSE HEARING held 11/13/01 before Mag Judge Andrew P. Rodovich. Dft Shamona Rancifer appears in person and by cnsl James Foster. Govt rep by Doug Petrovic, AUSA. Eric Johnston, PTS. Govt WITHDRAWS Motion to Detain. Bond set in the amt of $20,000 Unsecured with supervision. Dft WAIVES Probable Cause Hrg. ; arraignment set for 8:30 11/29/01 for Shamona Rancifer before Mag Judge Andrew P. Rodovich . Dft RELEASED. [ 2:01-m-1150 ] (jrh) (Entered: 11/13/2001) |
| 11/13/2001 | 16 | MINUTES: SCHEDULED FOR DETENTION & PROBABLE CAUSE HEARING 11/13/01 before Mag Judge Andrew P. Rodovich. Dft Cleon King appears in person and by cnsl John Maksimovich. Govt rep by Doug Petrovic, AUSA. Eric Johnston, PTS. Atty Maksimovich orally moves to Withdraw as cnsl for dft. Dft himself wants new counsel. Motion Granted. Clerk Ordered to appoint new cnsl. Dft advised that no further counsel will be appointed after today. ;preliminary exam set for 2:00 11/20/01 for Cleon King, before Mag Judge Andrew P. Rodovich ;detention hearing set for 2:00 11/20/01 for Cleon King before Mag Judge Andrew P. Rodovich . Dft REMANDED. [ 2:01-m -1150 ] (jrh) (Entered: 11/14/2001) |
| 11/14/2001 | 17 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Mark A Psimos for defendant Cleon King [ 2:01-m -1150 ] (jrh) (Entered: 11/15/2001) |
| 11/15/2001 | 18 | INDICTMENT by USA. Counts filed against Cleon King (1) count(s) 1-2, 3, 4; Shamona Rancifer (2) count(s) 3; James Corprue (3) count(s) 4 (mjk) (Entered: 11/20/2001) |
| 11/15/2001 | 19 | PRAECIPE: by plaintiff USA for warrant as to Cleon King (warrant issued) (mjk) (Entered: 11/20/2001) |
| 11/15/2001 | 20 | PRAECIPE: by plaintiff USA for summons as to Shamona Rancifer (mjk) (Entered: 11/20/2001) |
| 11/15/2001 | 21 | PRAECIPE: by plaintiff USA for warrant as to James Corprue (mjk) (Entered: 11/20/2001) |
| 11/20/2001 | 23 | MINUTES: DETENTION HEARING HELD 11/20/01 before Mag Judge Andrew P. Rodovich. Dft Cleon King appears in person and by cnsl Mark Psimos. Govt rep by Joseph Cooley, AUSA. Eric Johnston, PTS. Dft WAIVES Detention Hrg. Dft Ordered held without bond pending trial. An arraignment date will be assigned by Judge Sharp in South Bend, IN. Dft REMANDED. (jrh) (Entered: 11/20/2001) |
| 11/20/2001 | 25 | ARREST Warrant returned executed as to Cleon King on 11/19/01 (sdf) (Entered: 11/21/2001) |
| 11/21/2001 | 24 | NOTICE: before Judge Allen Sharp ;arraignments set for 1:00 12/5/01 for Cleon King and Shamona Rancifer (cc: all counsel) (saj) (Entered: 11/21/2001) |
| 12/05/2001 | 28 | ARRAIGNMENT: before Judge Allen Sharp dft Cleon King, Shamona Rancifer arraigned; NOT GUILTY pleas entered as to all counts for both defts; Defts to file pretrial motions due by 2/4/02 for Cleon King & Shamona |

| | | |
|---|---|---|
| | | Rancifer with govt to respond by 2/25/02; jury trial set for 9:30 4/10/02 for Cleon King, for Shamona Rancifer in South Bend, IN; Deft King remanded to USM; Deft Rancifer released on same bond; Court will check on availability of a Hammond Courtroom for the trial (saj) (Entered: 12/05/2001) |
| 02/12/2002 | 30 | ORDER by Judge Robert L. Miller Jr granting motion to extend time through 2/11/02 for defense to file pretrial motions and through 3/4/02 for government to respond [29-1] Number of pages: 1 (cc: all counsel) (mjk) (Entered: 02/13/2002) |
| 02/19/2002 | 31 | PLEA Agreement as to Cleon King (mjk) (Entered: 02/20/2002) |
| 02/21/2002 | 32 | NOTICE: before Judge Allen Sharp ;change of plea hearing set for 2:30 3/11/02 in South Bend for Cleon King (cc: all counsel) (saj) (Entered: 02/21/2002) |
| 03/06/2002 | 34 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Judge Allen Sharp granting motion to continue trial date of 4/10/02 [33-1]; jury trial reset from 4/10/02 to 1:30 pm, 7/8/02 for Cleon King, for Shamona Rancifer before Judge Allen Sharp (cc: all counsel) Number of pages: 1 (mjk) (Entered: 03/07/2002) |
| 03/11/2002 | 35 | CHANGE OF PLEA: before Judge Allen Sharp guilty plea entered (after sworn) as to count 1 to which the court accepted; jury trial set for 4/10/02/7/8/02 is VACATED for Cleon King ;sentencing set for 1:30 6/28/02 for Cleon King; Matter referred to USPO for PSI; Deft remanded to USM (saj) (Entered: 03/11/2002) |
| 06/14/2002 | 36 | MOTION to continue sentencing currently set for 6/28/02 at 1:30PM by Cleon King (sdf) (Entered: 06/17/2002) |
| 06/17/2002 | 37 | ORDER by Judge Allen Sharp granting motion to continue sentencing currently set for 6/28/02 at 1:30PM [36-1] ; sentencing reset for 2:00pm (SBT) 8/23/02 for Cleon King Number of pages: 1 (cc: all counsel) (sdf) (Entered: 06/17/2002) |
| 06/27/2002 | | REMARK - Deft Shamona Rancifer plead guilty to an information in 3:02cr0067AS on 6/27/02. This case to be dismissed at time of sentencing in other case. (saj) (Entered: 06/27/2002) |
| 07/29/2002 | 45 | MINUTES of hearing held 7/29/02 before Christopher A. Nuechterlein of James Corprue (3) w/cnsl Robert Truitt; AUSA by Ruth Hennage; Government moves for continuance of hearing GRANTED ; detention hearing continued to 2:00 7/31/02 for James Corprue before Christopher A. Nuechterlein ; arraignment set for 1:00 on 8/5/02 for James Corprue before Judge Allen Sharp (CrtRptr G. Sones) (slm) Modified on 07/31/2002 (Entered: 07/29/2002) |
| 07/31/2002 | 46 | DETENTION HEARING held on 7/31/02 before Christopher A. Nuechterlein of James Corprue w/cnsl Robert Truitt; AUSA, by Ruth Hennage; Government moves to withdraw motion for detention; Arguments heard; on Court's own motion defendant is DETAINED and remanded to |

| | | |
|---|---|---|
| | | custody of IN/AG or his designee; (Crtrptr G. Sones) (slm) (Entered: 07/31/2002) |
| 08/09/2002 | 49 | DETENTION HEARING: before Judge Allen Sharp: Ruling on detention to follow in writing (jld) (Entered: 08/09/2002) |
| 08/13/2002 | 50 | MEMORANDUM and Order: by Judge Allen Sharp GRANTING release of defendant James Corprue from pretrial detention on strictest possible conditions, including a $20,000 unsecured bond. In addition to 9 conditions mentioned by officer Swinehart in addendum to pretrial services report, additional conditions as found is USSG 5B1.4 shall also apply to defendant's release. Arrangements to be made upon receipt of order for release on above conditions (cc: all counsel) (mjk) (Entered: 08/13/2002) |
| 08/14/2002 | 52 | ORDER SETTING CONDITIONS OF RELEASE by Judge Allen Sharp Number of pages: 4 (cc: all counsel) (jld) (Entered: 08/14/2002) |
| 08/15/2002 | 53 | CJA Form 20 (Attorney Payment Voucher) as to Cleon King in the amount of $ 953.26 approved by Hon.Allen Sharp (rmn) (Entered: 08/15/2002) |
| 08/19/2002 | 54 | MOTION for downward departure as to Cleon King pursuant to 5K1 of the US sentencing guidelines and Title 18 USC 3553(e) by USA as to Cleon King (mjk) (Entered: 08/19/2002) |
| 08/23/2002 | 55 | SENTENCING: before Judge Allen Sharp sentencing Cleon King (1) count (s) 1. 108 months imprisonment w/credit for time served, 3 years release, $100 special assessment , dismissing counts as Cleon King (1) count(s) 2, 3 , 4 . Counts 2, 3 and 4 dismissed pursuant to plea agreement, PSI ordered sealed, Deft remanded to USM (saj) (Entered: 08/26/2002) |
| 08/23/2002 | 56 | ORDER by Judge Allen Sharp dismissing counts as to Cleon King (1) count (s) 2, 3 , 4 . Counts 2, 3 and 4 dismissed pursuant to plea agreement Number of pages: 1 (cc: all counsel) (saj) (Entered: 08/26/2002) |
| 08/23/2002 | 57 | JUDGMENT and Commitment issued to U.S. Marshal as to Cleon King by Judge Allen Sharp (cc: USM(4-cert), USPO(1-cert), USA(2-cert), King, Psimos, Financial, Press Box, Order Book) (saj) (Entered: 08/26/2002) |
| 08/23/2002 | 58 | SENTENCING memorandum by Judge Allen Sharp as to Cleon King (cc: USM, USPO, USA, Psimos, Order Book) (saj) (Entered: 08/26/2002) |
| 09/16/2002 | 60 | HEARING: before Judge Allen Sharp ;Deft James Corprue showed 4 hours late; change of plea hearing reset to 1:30 9/17/02 for James Corprue (saj) (Entered: 09/16/2002) |
| 10/05/2002 | 63 | PETITION for action on conditions of pretrial release as to defendant Shamona Rancifer (efc) (Entered: 10/08/2002) |
| 10/05/2002 | 63 | ORDER by Mag Judge Andrew P. Rodovich granting petition [63-1] for the issuance of a warrant for defendant Shamona Rancifer. (cc: all counsel, USM, USPO) (efc) (Entered: 10/08/2002) |
| 10/08/2002 | | Warrant issued for defendant Shamona Rancifer, sent to U.S. Marshal (efc) (Entered: 10/08/2002) |

| | | |
|---|---|---|
| 10/08/2002 | 65 | MINUTES: Hearing on Petition for action on conditions of pretrial release for defendant Shamona Rancifer held on 10/08/02 before Mag Judge Andrew P. Rodovich. Government represented by Doug Petrovic, AUSA. Defendant Shamona Rancifer present with counsel James Foster. The parties advise the court that the matter regarding violations of conditions of pretrial release has been resolved. Court recalls the warrant issued on 10/08/02 and orders that the bond previously set in this matter be reinstated. (efc) (Entered: 10/08/2002) |
| 11/07/2002 | 69 | CJA Form 20 (Attorney Payment Voucher) as to Cleon King in the amount of $ 4,280.85 approved by Judge Allen Sharp (sdf) (Entered: 11/18/2002) |
| 11/14/2002 | 68 | JUDGMENT and Commitment returned executed on 11/6/02 as to ;Name of Institution: ECI ELKTON (sdf) (Entered: 11/14/2002) |
| 02/07/2008 | 77 | Letter from Cleon King re: amended cocaine guidelines and request for appointment of counsel (financial affidavit sent and held in the Clerks office in the vault). (kds) (Entered: 02/08/2008) |
| 02/13/2008 | 78 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER in Hammond, Indiana as to Cleon King, for referral of counsel to represent the defendant. Signed by Judge Robert L Miller Jr on 2/13/08. (kds) (Entered: 02/13/2008) |
| 02/14/2008 | 79 | ATTORNEY APPEARANCE: Robert D Truitt - FCD appearing for Cleon King (Truitt - FCD, Robert) (Entered: 02/14/2008) |
| 02/20/2008 | 80 | ATTORNEY APPEARANCE: H Jay Stevens - FCD appearing for Cleon King (Stevens - FCD, H) (Entered: 02/20/2008) |
| 02/20/2008 | 81 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Cleon King. (Stevens - FCD, H) (Entered: 02/20/2008) |
| 02/26/2008 | 82 | ATTORNEY APPEARANCE Jennifer S Chang - AUSA appearing for USA. (Chang - AUSA, Jennifer) (Entered: 02/26/2008) |
| 02/29/2008 | 83 | RESPONSE to Motion by United States of America as to Cleon King, Shamona Rancifer, James Corprue re 81 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 *Government's Response to Defendant's Petition for Reduction of Sentence Pursuant to 18 USC Sect. 3582(c)(2)* (Chang - AUSA, Jennifer) (Entered: 02/29/2008) |
| 03/03/2008 | 84 | ORDER granting 81 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Cleon King (1). The defendant's previously imposed sentence of imprisonment is REDUCED to 87 months' imprisonment or time served, whichever is greater. This order is STAYED until 3/17/08 to allow the defendant's orderly release by the Bureau of Prisons. Signed by Judge Robert L Miller Jr on 3/3/08. (jld) (Entered: 03/03/2008) |
| 08/04/2008 | 85 | TRANSFER OF JURISDICTION ORDER as to Cleon King transferring supervised release to Northern District of Illinois. Signed by Judge Robert L Miller, Jr on 8/4/08. (jld) (Entered: 08/05/2008) |

| | | |
|---|---|---|
| 08/06/2008 | 86 | Letter from Clerk, INND to Clerk, ILND re: Transfer of Jurisdiction. (jld) (Entered: 08/06/2008) |
| 08/20/2008 | 87 | Jurisdiction Transferred to Northern District of Illinois as to Cleon King Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kds) (Entered: 08/25/2008) |
| 08/21/2008 | 88 | Certified copy of Jurisdiction Transferred to Northern District of Illinois form as to Cleon King. (kds) (Entered: 08/25/2008) |

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## Northern District of Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| CLEON KING | Case Number:   3:01cr0098AS |
| | MARK A. PSIMOS |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) and 18:2 | Distribution of Crack Cocaine, Aiding and Abetting | 11/2/01 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Count(s) 2, 3 and 4 _____   ☐ is  ☒ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

August 23, 2002
Date of Imposition of Judgment

_Allen Sharp_ (signature)
Signature of Judicial Officer

ALLEN SHARP
Name and Title of Judicial Officer

August 23, 2002
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
    DEPUTY CLERK
Date  8/25/08

|  |  |
|---|---|
|  | Judgment — Page 2 of 5 |

DEFENDANT: CLEON KING
CASE NUMBER: 3:01cr0098AS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of One Hundred Eight (108) months with the defendant to receive credit for time served since his incarceration on this offense

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in an institution as close to Northern Indiana as possible. Also, that the defendant be placed in a boot camp program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the U.S. Marshal for this district at (city), Indiana OR directly to the designated institution by (time) on (date).

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                  UNITED STATES MARSHAL

                           By _____
                                  DEPUTY UNITED STATES MARSHAL

AO 245B　(Rev. 3/01) Judgment in a Criminal Case
　　　　　Sheet 3 — Supervised Release

Judgment—Page　3　of　5

DEFENDANT:　　　CLEON KING
CASE NUMBER:　　3:01cr0098AS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term　Three (3) years

　　The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

　　The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☒　　The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

　　If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

　　The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district or other specified geographic are without the permission of the court or probation officer.

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support the defendant's dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B   (Rev. 3/01) Judgment in a Criminal Ca.
         Sheet 3A – Supervised Release

Judgment—Page  4  of  5

DEFENDANT:      CLEON KING
CASE NUMBER:    3:01cr0098AS

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall participate in a drug aftercare treatment program which may include urine testing under a co-payment plan at the direction and discretion of the probation officer.

As part of the co-payment program, the defendant will be held responsible for 3% per $100.00 of his net wages as determined by the probation office.

If the defendant is unemployed or receiving public assistance, the defendant will be held responsible for a co-payment of $10.00 per month. Payments are to be made on a per visit basis.

Judgment — Page  5  of  5

DEFENDANT:        CLEON KING
CASE NUMBER:      3:01cr0098AS

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTAL** | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ | $ _____ |

☐ If applicable, restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

FILED
NOV 15 2001
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:01 CR 98 |
| | ) | |
| v. | ) | 21 U.S.C. 841(a)(1) |
| | ) | 18 U.S.C. 2 |
| CLEON KING | ) | |
| SHAMONA RANCIFER | ) | |
| JAMES CORPRUE | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 17, 2001, in the Northern District of Indiana,

**CLEON KING,**

defendant herein, did distribute a substance or mixture containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By_____
DEPUTY CLERK
Date   8/25/08

18

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>

On or about September 19, 2001, in the Northern District of Indiana,

**CLEON KING,**

defendant herein, did distribute 5 grams or more of a substance or mixture containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about October 18, 2001, in the Northern District of Indiana,

**CLEON KING
and
SHAMONA RANCIFER,**

defendants herein, did distribute 50 grams or more of a substance or mixture containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2

3

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

On or about November 2, 2001, in the Northern District of Indiana,

**CLEON KING
and
JAMES CORPRUE,**

defendants herein, did possess with the intent to distribute 50 grams or more of a substance or mixture containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2

A TRUE BILL:

JOSEPH S. VAN BOKKELEN
United States Attorney

By: _/s/ Doug Petrovic_
Doug Petrovic
Assistant United States Attorney
Atty. No. 18429-45

4